246 So.2d 194

**STATE of Louisiana ex rel.
John NEWMAN**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 51276.**

April 7, 1971.

In re: John Newman applying for writ of habeas corpus.

Application denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

246 So.2d 195

**STATE of Louisiana ex rel.
Leonard JOHNSON**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 51283.**

April 7, 1971.

In re: Leonard Johnson applying for writ of habeas corpus.

Application denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

246 So.2d 195

**Wilbert SMITH, P. M. B. 46179**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51279.**

April 7, 1971.

In re: Wilbert Smith applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction. The guilty plea was made with benefit of competent counsel. Applicant's proper redress is to the Pardon Board.